UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PETER KAP PI,

    Petitioner,

       v.                 CAUSE NO. 3:26-CV-461-CCB-SJF

BRIAN ENGLISH,

    Respondent.

## ORDER

The respondent, by counsel, filed a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). ECF 12. On July 2, 2026, the court granted the habeas petition and ordered the respondents to release the petitioner and to certify compliance by July 6, 2026. ECF 11. In the motion to alter or amend judgment, the respondent explains that Burma/Myanmar has now issued travel documents for the petitioner and that he is scheduled for removal on August 4, 2026. ECF 12. In light of this new information, the court will vacate the order for the respondents to release the petitioner and to certify compliance. The court will defer a ruling on this motion until the petitioner has had an opportunity to respond. The court will also order the respondent to notify the court as soon as reasonably possible if the petitioner is removed before the resolution of this motion.

For these reasons, the court:

(1) **VACATES** the order requiring the respondents to release Peter Kap Pi and to certify compliance (ECF 11);

(2) **ORDERS** Peter Kap Pi to file a response to the motion to alter or amend

judgment (ECF 12) by **July 20, 2026**; and

(3) **ORDERS** the respondents to promptly notify the court if Peter Kap Pi is

removed before the motion to alter or amend judgment is resolved.

SO ORDERED on July 6, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2