UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PETER KAP PI,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH,<br><br>Respondent. | CAUSE NO. 3:26-CV-461-CCB-SJF |

ORDER

The Warden, by counsel, filed a motion to reconsider, representing that the petitioner, Peter Kap Pi, was scheduled for removal on August 4, 2026. ECF 12. The Warden is ORDERED to file a status report by **August 28, 2026**, to update the court on the status of Peter Kap Pi's removal.

SO ORDERED on August 25, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge