UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PETER KAP PI,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH,<br><br>Respondent. | CAUSE NO. 3:26-CV-461-CCB-SJF |

**ORDER**

Immigration detainee Peter Kap Pi, a litigant without counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States. He argued that he was entitled to habeas relief because there was no significant likelihood that he would be removed to Burma/Myanmar within the reasonably foreseeable future. ECF 1.

The respondent filed a status report and request for dismissal, stating that Pi was removed from the United States on August 4, 2026. ECF 17. He asks the court to dismiss the petition as moot. Mail sent to Pi at Miami Correctional Facility, where he had been held, was returned undeliverable because he is no longer there. ECF 16.

Because Pi is no longer in custody, his habeas petition challenging his detention has become moot. *E.F.L. v. Prim*, 986 F.3d 959, 962–63 (7th Cir. 2021) ("The Constitution limits our jurisdiction to resolving live 'Cases' and 'Controversies,' rather than issuing advisory opinions."); *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006) ("For a case to be justiciable, a live controversy must continue to exist at all stages

of review, not simply on the date the action was initiated."); *see also Cedeno-Gonzalez v. Mullin*, No. 25-3186, 2026 WL 2269139, at *2 (7th Cir. Aug. 6, 2026) (immigration habeas petitioner's claims concerning his detention were moot upon his removal to Mexico). Therefore, the case must be dismissed. *E.F.L.*, 986 F.3d at 962.

For these reasons, the court **DISMISSES** the petition (ECF 1) as **MOOT** and **DIRECTS** the clerk to close this case.

SO ORDERED on September 9, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT